IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISIONET SYSTEMS, INC. : | |
| Plaintiff, : | |
| v. : | Civil Action |
| URBAN SETTLEMENT SERVICES, LLC D/B/A : | No. 2:17-cv-00573-MPK |
| URBAN LENDING SOLUTIONS, a Pennsylvania : | |
| limited liability company : | |
| Defendant. : | |
| : | |

## MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff, Visionet Systems, Inc., by and through its undersigned counsel hereby moves this Honorable Court for approval of the Stipulation of Settlement between the parties dated March 8, 2018 and filed contemporaneously herewith.

**CHARTWELL LAW**

Date: March 87, 2018      By:      /s/__Andrew B. Klaber_____
                                         Andrew B. Klaber, Esquire (Pa. Id. #59307)
                                         Robert J. Murtaugh, Esquire (Pa. Id. #57494)
                                         409 Broad Street, Suite 103
                                         Sewickley, PA 15143
                                         Telephone: (412) 741-0600
                                         Facsimile: (412) 741-0606
                                         Email: aklaber@chartwelllaw.com
                                                      rmurtaugh@chartwelllaw.com