IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISIONET SYSTEMS, INC.<br>                Plaintiff,<br>v.<br>URBAN SETTLEMENT SERVICES, LLC D/B/A<br>URBAN LENDING SOLUTIONS, a Pennsylvania<br>limited liability company<br>                Defendant. | Civil Action<br>No. 2:17-cv-00573-MPK |

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT

AND NOW this 9th day of March, 2018, in accordance with the Stipulation filed by the above-captioned parties, it is hereby ORDERED and DECREED that Stipulated Settlement between the Plaintiff, Visionet Systems, Inc., and Defendant, Urban Settlement Services, LLC doing business as Urban Lending Solutions, in the total amount of $470,000.00, pursuant to the Stipulation, is APPROVED. *Judge Kelly retains jurisdiction relating to any issues as to settlement.*

BY THE COURT:

Dated: 3/9/18

*Maureen P. Kelly, J.*

DMEAST #33742187 v2