IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISIONET SYSTEMS, INC.<br>                      Plaintiff,<br>v.<br>URBAN SETTLEMENT SERVICES, LLC D/B/A<br>URBAN LENDING SOLUTIONS, a Pennsylvania<br>limited liability company<br>                      Defendant. | Civil Action<br>No. 2:17-cv-00573-MPK |

## JUDGMENT ORDER

AND NOW, this 21st day of _June_, 2018, in consideration of Plaintiff's Affidavit in Support of Entry of Judgment by Default of Court Ordered Stipulation, ~~and any and~~ *and in accordance with Para. 6 of the Stipulation of the Parties,* ~~all responses and objections filed thereto~~, it is hereby ORDERED that:

1. Judgment is hereby entered in favor of Plaintiff and against the Defendant, Urban Settlement Services, LLC d/b/a Urban Lending Solutions, a Pennsylvania limited liability company in the amount of $548,450.00;

2. Plaintiff shall serve this Judgment Order upon Defendant, Urban Settlement Services, LLC d/b/a Urban Lending Solutions, a Pennsylvania limited liability company; and

3. Plaintiff may seek to execute upon this Judgment.

*4. Defendant is further order to immediately comply with Para. 8 of the Stipulation of the Parties, ECF No. 41, and surrender all licenses and discontinue use of any software.*

BY THIS COURT

_/s/ Maureen P. Kelly_
HONORABLE MAUREEN P. KELLY
UNITED STATES DISTRICT COURT JUDGE

**MAUREEN P. KELLY**
**UNITED STATES MAGISTRATE JUDGE**